UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SKY-STEVEN THOMAS MILLER,<br><br>Plaintiff,<br><br>v.<br><br>RON VAN BOENING et al.<br><br>Defendants. | CASE NO. 3:10-cv-05712-RBL-JRC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SUBMIT ADDITIONAL EVIDENCE. |

This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff has filed a motion asking the court to consider supplemental evidence (ECF No. 43). This is not the first motion of this nature filed by plaintiff (ECF No. 28 and 36).

Normally the rules allow for a motion, a response from the party opposing the motion, and a reply. See Local Rule 7(b). The repeated filing of motions to supplement the record deprives the moving party of the chance to reply. The court has been lenient

and allowed supplemental information up to this point. Plaintiff's repeated failure to comply with the filing rules leads this court to conclude that it should no longer allow plaintiff to submit these supplemental filings as they are unfair to other parties who comply with the rules. Therefore, this motion is DENIED.

Dated this 22nd day of July, 2011.

J. Richard Creatura
United States Magistrate Judge