UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SKY-STEVEN THOMAS MILLER,

    Plaintiff,

v.

RON VAN BOENING et al.

    Defendants.

CASE NO. 3:10-cv-05712-RBL-JRC

ORDER

This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff asks the court to appoint a mediator to oversee discovery and he asks for an extension of the discovery deadline (ECF No. 46 and 47).

Discovery in this case ended July 15, 2011, (ECF No. 18). Plaintiff does not show any need for further discovery and does not articulate what discovery he believes he is entitled to that he has not received. The court sees no need to appoint a mediator. The motions are DENIED.

The court had struck two motions from the courts calendar while a discovery dispute was pending. These motions are plaintiff's motion for summary judgment, (ECF No. 24), and

1  defendants' cross motion for summary judgment (ECF No. 27).  These motions appear ripe for

2  review.  The clerk's office is directed to note ECF No. 24 and 27 for consideration on the court's

3  motion for September 2, 2011.

4  Dated this 11th day of August, 2011.

J. Richard Creatura
United States Magistrate Judge