UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SKY-STEVEN THOMAS MILLER,<br><br>          Plaintiff,<br><br>   v.<br><br>RON VAN BOENING et al,<br><br>          Defendants. | CASE NO. C10-5712-RBL-JRC<br><br>ORDER ADOPTING A REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation [Dkt. #56], responses thereto [Dkt. #59], and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation; and

(2) Plaintiff's motion for summary judgment is DENIED. Defendant's motion for summary judgment is GRANTED IN PART AND DENIED IN PART consistent with the Report and Recommendation.

DATED this day 7th of November, 2011.

                                                            RONALD B. LEIGHTON
                                                            UNITED STATES DISTRICT JUDGE