UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SKY-STEVEN THOMAS MILLER,<br><br>                Plaintiff,<br><br>        v.<br><br>RON VAN BOENING et al.<br><br>                Defendants. | CASE NO. C10-5712-RBL-JRC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DUE DATE FOR FILING THE JOINT STATUS REPORT |

This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.  Plaintiff asks the court to extend the deadline for filing the joint status report (ECF No. 72). Defendants do not oppose the motion (ECF No. 74).  The motion is GRANTED. The joint status report will be due on or before April 6, 2012.

Dated this 9th day of January, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION TO
EXTEND THE DUE DATE FOR FILING THE
JOINT STATUS REPORT - 1