UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SKY T. MILLER,

        Plaintiff,

   v.

RON VAN BOENING, et al.,

        Defendant.

CASE NO. 10-cv-05712 JRC

AMENDED SCHEDULING ORDER

Pursuant to the Order Granting Joint Motion to Modify Case Schedule (Dkt. #104), the case schedule is amended as follows:

        **AMENDED TRIAL DATE**    May 13, 2013
        **No. of Days:**    6
        **Jury or Court Trial:**    **JURY**

| | |
|---|---|
| Date for Completion of Discovery | January 14, 2013 |
| Last Date to File Dispositive Motions | February 11, 2013 |
| Last Date to Complete Settlement Conference per Local Rule CR 39.1(c)(2) | February 15, 2013 |
| Last Date to Complete Mediation per Local Rule CR 39.1(c) | March 15, 2013 |
| Plaintiff's Pretrial Statement (Local Rule CR 16(h) | March 19, 2013 |

AMENDED SCHEDULING ORDER - 1

| | |
|---|---|
| Defendant's Pretrial Statement (Local Rule CR 16(i) | March 29, 2013 |
| Conference of Attorneys (Local Rule CR 16(k) | April 9, 2013 |
| Pretrial Order Lodging Date (Local Rules 16(1) and 16.1) | April 19, 2013 |
| Deadline to file Motions in Limine | April 19, 2013 |
| Deadline to file Objections to Motions in Limine | April 29, 2013 |
| Proposed Joint Jury Instructions, Voir Dire (Local Rule CR 51) and Trial Briefs | April 29, 2013 |
| Last Date to Complete Pretrial Conference (See instructions below) | May 3, 2013 |

All parties are directed to comply fully with the provisions of Local Rule CR 39.1(c). Accordingly, the parties shall file a notice naming the person selected to mediate the matter as provided in Local Rule 39.1(c)(3). Within seven (7) days of completing the mediation process, the parties shall either advise the court that mediation has been completed by contacting Sandy Huntington at (253) 882-3782, or direct the mediate to advise the court in writing as provided in Local Rule CR 39.1(c)(6). In the event the case is settled, the parties shall promptly contact Sandy Huntington at (253) 882-3782.

After consulting with one another, counsel and any unrepresented parties are directed to contact Sandy Huntington at (253) 882-3782 approximately three (3) weeks before the trial date to schedule a pretrial conference which will be held sometime during the second week before trial.

No request for continuance will be considered unless timely made and supported by a showing of good cause. The parties may not stipulate to a continuance without approval of the Court.

**All papers related to the case shall be electronically filed with the Clerk.**

1    The Clerk shall direct copies of this Scheduling Order to any unrepresented parties.

2    Dated this 5th day of November, 2012.

                                   J. Richard Creatura
                                   United States Magistrate Judge