UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SKY T. MILLER,<br><br>            Plaintiff,<br><br>v.<br><br>RON VAN BOENING, et al.,<br><br>            Defendant. | CASE NO. 10-cv-05712 JRC<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE AND TRIAL DATE |

Pursuant to the stipulation of the parties (Dkt. #131), the Court finds good cause and hereby extends the dispositive motion deadline and sets a new trial date. The case schedule is amended as follows:

| | |
|---|---|
| **AMENDED TRIAL DATE** | September 9, 2013 |
| No. of Days: | 5 |
| Jury or Court Trial: | JURY |
| Last Date to File Dispositive Motions | June 13, 2013 |
| Plaintiff's Pretrial Statement (Local Rule CR 16(h) | July 8, 2013 |
| Defendant's Pretrial Statement (Local Rule CR 16(i) | July 18, 2013 |
| Conference of Attorneys (Local Rule CR 16(k) | July 29, 2013 |
| Pretrial Order Lodging Date (Local Rules 16(1) and 16.1) | August 8, 2013 |
| Deadline to file Motions in Limine | August 8, 2013 |

| | |
|---|---|
| Deadline to file Objections to Motions in Limine | August 19, 2013 |
| Proposed Joint Jury Instructions, Voir Dire (Local Rule CR 51) and Trial Briefs | August 19, 2013 |
| Last Date to Complete Pretrial Conference (See instructions below) | August 30, 2013 |

All parties are directed to comply fully with the provisions of Local Rule CR 39.1(c). Accordingly, the parties shall file a notice naming the person selected to mediate the matter as provided in Local Rule 39.1(c)(3). Within seven (7) days of completing the mediation process, the parties shall either advise the court that mediation has been completed by contacting Sandy Huntington at (253) 882-3782, or direct the mediate to advise the court in writing as provided in Local Rule CR 39.1(c)(6). In the event the case is settled, the parties shall promptly contact Sandy Huntington at (253) 882-3782.

After consulting with one another, counsel and any unrepresented parties are directed to contact Sandy Huntington at (253) 882-3782 approximately three (3) weeks before the trial date to schedule a pretrial conference which will be held sometime during the second week before trial.

No request for continuance will be considered unless timely made and supported by a showing of good cause. The parties may not stipulate to a continuance without approval of the Court.

**All papers related to the case shall be electronically filed with the Clerk.**

The Clerk shall direct copies of this Scheduling Order to any unrepresented parties.

Dated this 5th day of February, 2013.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO
EXTEND DISPOSITIVE MOTION DEADLINE
AND TRIAL DATE - 2